# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# ST. LOUIS DIVISION

| | |
|---|---|
| JAMES DAHER, individually and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>ASCENT CAPITAL GROUP, INC. and MONITRONICS INTERNATIONAL, INC.,<br>　　　　Defendants. | )<br>)<br>)<br>) Case No. 4:19-cv-1830-JAR<br>)<br>)<br>)<br>)<br>) **Jury Demanded**<br>) |

# DISMISSAL
# WITHOUT PREJUDICE

Plaintiff hereby dismisses this case without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).  Dismissal is proper because neither defendant has answered, and neither defendant has filed a motion for summary judgment.

　　　　　　　　　　　　　　　　　　/s/Robert T. Healey

**HEALEY LAW, LLC**
Robert T. Healey, Jr.
640 Cepi Drive, Suite A
Chesterfield, Missouri 63005
Telephone:　　(314) 401-3261
Fax:　　　　　(636) 590-2882
Email:　　　　bob@healeylawllc.com