UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
ST. LOUIS DIVISION

| | |
|---|---|
| JAMES DAHER, individually and on behalf of all others similarly situated,<br>Plaintiffs,<br><br>v.<br><br>ASCENT CAPITAL GROUP, INC. and MONITRONICS INTERNATIONAL, INC.,<br>Defendants. | )<br>)<br>)<br>) Case No. 4:19-cv-1830-JAR<br>)<br>)<br>)<br>)<br>) **Jury Demanded**<br>) |

## DISMISSAL
## WITHOUT PREJUDICE

Plaintiff hereby dismisses this case without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). Dismissal is proper because neither defendant has answered, and neither defendant has filed a motion for summary judgment.

/s/Robert T. Healey

**HEALEY LAW, LLC**
Robert T. Healey, Jr.
640 Cepi Drive, Suite A
Chesterfield, Missouri 63005
Telephone: (314) 401-3261
Fax: (636) 590-2882
Email: bob@healeylawllc.com

*So Ordered*
*John A. Ross*
*8/19/2019*